UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL LEE NEWMAN, II,

Petitioner,

Case No. 1:26-cv-1377

v.

Honorable Ray Kent

ADAM DOUGLAS,

Respondent.

______________________________/

**ORDER OF TRANSFER**

This is a habeas corpus action filed by a state prisoner under 28 U.S.C. § 2254. Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. That statute allows a petition to be filed either in the district where the petitioner is in custody or in the district in which the petitioner was convicted. 28 U.S.C. § 2241(d). Petitioner Randall Lee Newman, II is incarcerated with the Michigan Department of Corrections at the Saginaw County Correctional Facility (SRF) in Freeland, Saginaw County, Michigan. Petitioner was convicted in Cheboygan County. Both Saginaw and Cheboygan counties are located in the Eastern District of Michigan. 28 U.S.C. § 102(a). Venue, therefore, lies in that district, not in the Western District of Michigan.

Accordingly,

**IT IS ORDERED** that this case is hereby transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).

Dated: August 10, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge